# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: CV **18-3571-DOC (PLA)**                  Date: **June 4, 2018**

Title:    **Gildardo Padilla, Jr. v. Commissioner of Social Security**

---

**PRESENT: THE HONORABLE    PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**        **ATTORNEYS PRESENT FOR DEFENDANT:**
NONE                                                                           NONE

**PROCEEDINGS: (IN CHAMBERS)**

Pursuant to this Court's Order of May 1, 2018, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph 1 of the Court's Order within thirty (30) days after the date of the Order, i.e., by May 31, 2018. To date, the Proof of Service has not been filed with the Court. Accordingly, **no later than June 11, 2018, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of the Proof of Service on or before June 11, 2018, shall be deemed compliance with this Order to Show Cause.

cc:      Gildardo Padilla, Jr., Pro Se
         AUSA - Office of the US Attorney

Initials of Deputy Clerk    ch