# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: CV 18-3571-DOC (PLA)    Date: December 10, 2018

Title: Gildardo Padilla, Jr. v. Commissioner of Social Security

---

PRESENT: THE HONORABLE PAUL L. ABRAMS
☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANT:**
NONE

**PROCEEDINGS: (IN CHAMBERS)**

Pursuant to this Court's Order of May 1, 2018 (ECF No. 7), defendant's Answer to the Complaint was to be filed within one hundred twenty (120) days of service of the Complaint. Defendant was also instructed to file the Administrative Record with the Court and file and serve the Certified Administrative Record on plaintiff at the same time that defendant answered the Complaint. On August 22, 2018, plaintiff filed with the Court a Proof of Service on the Social Security Administration (ECF No. 14). Attached to plaintiff's Proof of Service are several return receipts, one addressed to the Civil Process Clerk, Office of the United States Attorney, Civil Division, Federal Building, 300 North Los Angeles Street, Suite 7516, Los Angeles, CA 90012, and signed by G. Ortega on July 16, 2018.

As of today's date, neither an Answer nor the Certified Administrative Record has been filed. **Accordingly, no later than December 17, 2018, defendant is ordered to show cause** why sanctions should not be imposed for failure to follow Court orders. Filing of the Answer and the Certified Administrative Record on or before December 17, 2018, shall be deemed compliance with this Order to Show Cause.

cc:   Gildardo Padilla, Jr., Pro Se
      AUSA - Office of the US Attorney

Initials of Deputy Clerk   ch