# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 18-3571-DOC (PLA)**　　　　　　　　　　　　　　Date: **April 29, 2019**

Title:　**Gildardo P. Jr. v. Nancy Berryhill**

---

**PRESENT:　THE HONORABLE　PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**　　　　　**ATTORNEYS PRESENT FOR DEFENDANT(S):**
　　　NONE　　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**　　　**(IN CHAMBERS)**

On March 19, 2019, defendant filed a Motion to Dismiss this action (alternatively "MTD"), claiming that plaintiff did not timely appeal the Commissioner's final decision of plaintiff's disability applications. (ECF No. 24). Also on March 19, 2019, the Court ordered plaintiff to file an Opposition to the MTD **no later than April 18, 2019**. (ECF No. 25). As of the date of this Order, plaintiff has not filed an Opposition to the MTD, or otherwise responded to the Court's March 19, 2019, order.

Based on the foregoing, **no later than May 24, 2019**, plaintiff is ordered to show cause why this case should not be dismissed for lack of prosecution and/or for failure to comply with Court orders. Filing the required Opposition to the MTD shall be deemed compliance with this Order to Show Cause. **Plaintiff is advised that failure to oppose a motion to dismiss may be construed as consent to the granting of the motion, and will result in dismissal of the action. Local Rule 7-12.**

cc:　　Gildardo P. Jr., pro se
　　　　Francesco P. Benavides, SAUSA

Initials of Deputy Clerk　　ch