UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GILDARDO P., Jr.,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | No. CV 18-3571-DOC (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

    ACCORDINGLY, IT IS ORDERED:

    1.    The Report and Recommendation is accepted.

    2.    Defendant's Motion to Dismiss (ECF No. 24) is denied as moot.

    3.    Judgment shall be entered consistent with this Order.

    4.    The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: July 2, 2019

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE