JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

GILDARDO P., Jr.,                          )   No. CV 18-3571-DOC (PLA)
                                           )
                     Plaintiff,            )   **JUDGMENT**
                                           )
            v.                             )
                                           )
ANDREW M. SAUL, COMMISSIONER               )
OF THE SOCIAL SECURITY                     )
ADMINISTRATION                             )
                                           )
                     Defendant.            )
_____)

　　　　Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

　　　　IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: _____July 2, 2019_____        _____
                                              *David O. Carter*
                                             HONORABLE DAVID O. CARTER
                                             UNITED STATES DISTRICT JUDGE